Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Judith Marie Thomas                    Docket No. 99-00008-001 Erie

### Petition on Supervised Release

     COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Judith Marie Thomas, who was placed on supervision by the Honorable Sean J. McLaughlin sitting in the Court at Erie, Pennsylvania, on the 15th day of February 2000, who fixed the period of supervision at five years imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm or destructive device.
- The defendant shall provide the probation officer with access to any requested financial information.
- The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.
- The defendant shall pay a special assessment of $100.
- The defendant shall pay $59,979.59 in restitution. Any restitution balance shall be paid in monthly installments of 10 percent of the defendant's gross income.

<u>02-15-00</u>:  Embezzlement From Federal Credit Union; 12 months and 1 day' incarceration; 5 years' supervised release.
<u>03-02-01</u>:  Released to supervision; Currently supervised by U.S. Probation Officer Matthew L. Rea.

     **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

     Your Petitioner reports that Ms. Thomas has met her court-ordered obligation to the best of her ability by making 19 payments totaling $2,026.50. The defendant was diagnosed with breast cancer and fractured her foot in 2003, resulting in a sporadic payment history. As of this writing, a current balance of $57,953.09 is owed. Ms. Thomas does not have the ability to pay the balance of restitution in full prior to the expiration of her term of supervised release on March 1, 2006. Therefore, it is respectfully recommended that the case be allowed to close with money owing.

U.S.A. vs. Judith Marie Thomas
Docket No. 99-00008-001 Erie
Page 2

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal No. 99-00008-001 Erie be allowed to expire as scheduled with the restitution due and owing and the case be closed.

|  |  |
|---|---|
| **ORDER OF COURT** | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered _____ day of _____ , ____ and ordered filed and a part of the records in the above case. | Executed on  February 2, 2006 |
| _____ U.S. District Judge | _____ Matthew L. Rea U.S. Probation Officer |
|  | _____ Gerald R. Buban Supervising U.S. Probation Officer |
|  | Place:   Erie, PA |